14 CR 10159

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** I **Investigating Agency** FBI

**City** Boston, Quincy, and Braintree

**County** Suffolk and Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number See additional information
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Khairullozhon Matanov Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ____

Address (City & State) Quincy, Massachusetts

Birth date (Yr only): 1990 SSN (last4#): 5703 Sex M Race: White Nationality: Kyrgyzstan

**Defense Counsel if known:** Paul Glickman, Esq. Address 1 South Market Building, 4th Floor Boston, MA 02109

**Bar Number** 550840

**U.S. Attorney Information:**

**AUSA** Scott L. Garland & Aloke Chakravarty Bar Number if applicable 650358; 637288

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/29/2014 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** KHAIRULLOZHON MATANOV

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1519 | Destroying, Altering, & Falsifying Records, Documents, & Tangible Objects in a Federal Investigation | 1 |
| Set 2 | 18 U.S.C. § 1001(a)(2) | Making False, Fictitious, & Fraudulent Statements in a Federal Terrorism Investigation | 2-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** Prior proceedings include 13-2112-MBB, as well as other matters before Magistrate Judge Bowler