## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

KHAIRULLOZHON MATANOV,

        Defendant.

Criminal No. 14cr 10159

*[handwritten left margin: May 29, 2014. Allowed. /s/ C. Burk, USMJ]*

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed, and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant, until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *[signature]*

Scott L. Garland
Aloke S. Chakravarty
Assistant U.S. Attorneys

Date: May 29, 2014