˘AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES

V.

KHAIRULLOZHON MATANOV

**EXHIBIT AND WITNESS LIST**

Case Number: 14-CR-10159-WGY

| PRESIDING JUDGE<br>Judge Bowler | PLAINTIFF'S ATTORNEY<br>S. Garland, A. Chakravarty | DEFENDANT'S ATTORNEY<br>E. Hayden |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>B. Garvin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/4/2014 |  |  | Government calls Timothy McElroy |
| 1 |  | 6/4/2014 | x | x | Moneygram receipt from Ali Hasan to Kamoliodin Niiazaliev |
| 2 |  | 6/4/2014 | x | x | Moneygram receipt to Normatov Mukhammadali |
| 3 |  | 6/4/2014 | x | x | Forensic account charts detailing Moneygram transactions |
| 4 |  | 6/4/2014 | x | x | Forensic account charts detailing Moneygram transactions |
| 5 |  | 6/4/2014 | x | x | Forensic account charts detailing Moneygram transactions |
|  | 1 | 6/4/2014 | x | x | Transcript of interview with Matanov dated April 19, 2013 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.