**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

       V.                    CRIMINAL NO. 14-cr-10159-WGY

**KHAIRULLOZHON MATANOV**

**INITIAL SCHEDULING ORDER**

YOUNG, D.J.

The above named defendant(s) having been arraigned on 6/4/2014 before Magistrate Judge Bowler, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 7/2/2014. See L.R116.1(C).

B. The defendant shall provide automatic discovery by 7/2/2014. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 7/16/2014. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 7/30/2014. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on July 15, 2014 at 2:00 p.m. in Courtroom No. 18 on the 5th floor.

By the Court,

June 9, 2014                          /s/ Jennifer Gaudet
**Date**                                             **Deputy Clerk**

(Crinsch1.wp - 11/24/98)