AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 14cr10159WGY MBB |
| KHAIRULLOZHON MATANOV | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KHAIRULLOZHON MATANOV,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
On various dates between on or about April 19, 2013 through on or about July 8, 2013, violating 18 U.S.C. § 1519 (destruction, alteration, and falsification of records, documents, and tangible objects in a federal investigation) (1 count), and 18 U.S.C. § 1001(a)(2) (making a materially false, fictitious, and fraudulent statement in a federal investigation involving international and domestic terrorism) (3 counts), in connection with the FBI's and its Joint Terrorism Task Force's investigation into the Boston Marathon bombings.

Date: 05/29/2014

*Issuing officer's signature*
Steve York Deputy Clerk
~~Jennifer C. Boal, United States Magistrate Judge~~

City and state: Boston, Massachusetts

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/30/2014

*Arresting officer's signature*

*Printed name and title*