UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**

**KHAIRULLOZHON MATANOV,**
**Defendant**

Crim. No. 14-CR-10159-WGY

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties file this joint initial status report:

1. The United States has produced automatic discovery, and there are no pending discovery requests;

2. In addition to its automatic discovery, the United States has already produced some discovery in excess of that required at this point by the local and federal rules, and intends to produce additional early discovery as it becomes available, likely within the next month;

3. Mr. Matanov is in the process of reviewing the automatic and additional discovery, and will decide whether to make any discovery requests by September 15, 2014;

4. On July 2, 2014, the Court granted the parties' joint motion for a protective order;

5. Mr. Matanov will file any pretrial motions by October 15, 2014;

6. The parties agree to make disclosures of their expert witnesses two months before the date on which the Court schedules the trial in this matter to begin, and in response to these disclosures additional disclosures of expert witnesses one month later;

7. The parties agree that the Court should exclude all time from the date of Mr.

1

Matanov's initial appearance on May 30, 2014, through the date of the currently-scheduled initial status conference, on July 15, 2014, on the grounds that the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A); moreover, the period from May 30 through June 4, 2014, is additionally excludable under 18 U.S.C. § 3161(h)(1)(D) due to the government's motion to detain Mr. Matanov made on May 30 and the disposition of that motion on June 4 following a hearing on the motion and Mr. Matanov's voluntary consent to detention, and the day of June 23, 2014, is also excludable under 18 U.S.C. § 3161(h)(1)(D) due to Mr. Matanov's request to reopen the detention hearing, which was held and decided that same day; and

8. Mr. Matanov intends to appeal Magistrate Judge Bowler's decision to detain him, on a schedule to be set by this Court.

| | | | |
|---|---|---|---|
| | Respectfully submitted, | | Respectfully submitted, |
| | CARMEN M. ORTIZ<br>United States Attorney<br>District of Massachusetts | | KHAIRULLOZHON MATANOV |
| By: | */s Scott L. Garland*<br>Scott L. Garland<br>Aloke S. Chakravarty<br>Assistant U.S. Attorneys | By: | */s/ Edward L. Hayden*<br>Edward L. Hayden<br>Counsel for Defendant Matanov |

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing.

*/s Scott L. Garland*
Scott L. Garland
Date: July 10, 2014              Assistant United States Attorney