UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
V.                        )   NO. 14/10159
                          )
MATANOV                   )

MOTION
TO APPOINT CO-COUNSEL

Now comes counsel in the above case captioned case and requests this Court appoint Paul Glickman as co-counsel. As reason therefore, counsel says Attorney Glickman represented the defendant for approximately one year prior to his being charged with these offenses. As a result of such representation, Attorney Glickman has detailed knowledge of the case and the defendant. Because Attorney Hayden and Glickman would concentrate on separate areas of the case, Attorney Glickman's participation would save the government both time and money, because there would be no duplication of services.

Attorney Glickman, is also experienced in immigration law, which would also be cost effective because appointed counsel is not experienced with this area of the law.

Attorney Glickman is a former prosecutor with the Department of Justice and now a member of the First Circuit Court of Appeals CJA Panel.

FOR THE DEFENDANT,

/s/EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO 226430

## CERTIFICARE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.