**UNITED STATES DISTRICT COURT**

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                       ) | AFFIDAVIT OF COUNSEL |
| ) | NO. 14-10159 |
| KHAIRULLOZHON MATANOV ) | |

Affidavit of Counsel

In Support of Motion for Appointment of Co-Counsel

Now comes Counsel in the above case and avers the following facts in support of this motion.

1. The defendant was determined to be indigent on May 30, 2014 and this Court appointed Edward L. Hayden to represent him.

2. The indictment alleges three counts of making false statements to the FBI and one count of destroying documents with the intent to obstruct an FBI investigation into the Boston Marathon bombing.

3. The FBI investigated the defendant for over one year.

4. The defense of this case is an extremely difficult undertaking because in order to determine whether the defendant obstructed the investigation into the marathon bombing, Counsel will have to review the evidence against Dzhokhar Tsarnaev, the individual charged with that bombing.

5. Counsel believes that the evidence in the Tsarnaev case is voluminous.

6. Pursuant to the Guide to Judiciary Policy, Volume 7, Defender Services, Section 230.53.20(a), it is necessary and in the interest of justice to appoint an additional attorney given the sheer volume of discovery and complexity of this case. Appointment of Attorney Paul Glickman would mean that the defendant's co-counsel will be able to work together in the most efficient manner in overseeing a team of lawyers, investigators, experts, and support staff.

WHEREFORE, the defendant moves that this Court appoint Attorney Paul Glickman as co-counsel in this case.

Signed under the pains and penalties of perjury this 14th day of July 2014.

/s/EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO 226430

CERTIFICARE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

DATE: July 14, 2014