UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        Criminal Action
                                                        No:  1:14-cr-10159-WGY

**UNITED STATES**
**Plaintiff**

**v.**

**KHAIRULLOZHON MATANOV**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, D.J.**

    **An initial status conference in accordance with LR 116.5 was held on 7/18/2014.**

    **Any substantive motions are to be filed by 4/13/2015.  See LR 116.3(E) and (H).**

    **Response to any motion is to be filed on or before 4/27/2015.  See LR 116.3(l).**

    **A Final Pretrial Conference will be held on 5/11/2015 at 2:00 PM.**

    **A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/11/2015.**

    **A tentative trial date has been set for June 8, 2015 at 9:00 AM.**

    **The time between 5/29/2014 and 6/8/2015  is excluded with the agreement of the defendant in the interest of justice as stated on the record.**

                                                            **By the Court,**

                                                            **  /s/ Jennifer Gaudet**
                                                            **Deputy Clerk**

**July 22, 2014**