1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF MASSACHUSETTS

3                               No. 1:14-cr-10159-WGY-1

4

5    UNITED STATES OF AMERICA

6

7    vs.

8

9    KHAIRULLOZHON MATANOV

10

11                          * * * * * * * *

12

13                       For Hearing Before:
                         Judge William G. Young

14

15                    Initial Status Conference

16

17                    United States District Court
                      District of Massachusetts (Boston.)
                      One Courthouse Way

18                    Boston, Massachusetts 02210
                      Friday, July 18, 2014

19

20                          * * * * * * *

21

22            REPORTER: RICHARD H. ROMANOW, RPR
                      Official Court Reporter

23              United States District Court
          One Courthouse Way, Room 5510, Boston, MA 02210

24                  bulldog@richromanow.com

25

```
 1                    A P P E A R A N C E S

 2

 3    SCOTT GARLAND, ESQ.
          United States Attorney's Office
 4        John Joseph Moakley Federal Courthouse
          1 Courthouse Way, Suite 9200
 5        Boston, Massachusetts 02210
          (617) 748-3960
 6        E-mail: Scott.garland@usdoj.gov
          For the United States of America
 7

 8    EDWARD L. HAYDEN, ESQ.
          Attorney at Law
 9        7 Franklin Street
          Lynn, Massachusetts 01902
10        (781) 599-1190
          Email: Hayden.law@verizon.net
11        For the defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              P R O C E E D I N G S

2              (Begins, 10:00 a.m.)

3              THE CLERK:  Now hearing Criminal Matter

4      14-10159, the United States of America versus

5      Khairullozhon Matanov.

6              THE COURT:  Good morning.  Would counsel

7      identify themselves.

8              MR. GARLAND:  Good morning, your Honor, Scott

9      Garland on behalf of the United States.

10             MR. HAYDEN:  Good morning, your Honor, Edward

11     Hayden for Mr. Matanov.

12             THE COURT:  Well, good morning.

13         You understand my practice at an initial

14     scheduling conference such as this, it is tentatively to

15     pick a trial date and exclude that time under the Speedy

16     Trial, work back from there as to the other essential

17     dates.

18         Have you people discussed a trial date?

19             MR. GARLAND:  We have, your Honor, we've

20     talked just before court and we'd suggest to the Court

21     next June of 2015.

22             THE COURT:  Have you run a -- just tentatively

23     have you run the sentencing guidelines, were you to

24     prevail?

25             MR. GARLAND:  Yes, we have, they're very --

1    they're potentially very serious, your Honor, because of

2    the --

3              THE COURT:  What are the charges, 1001 and

4    what?

5              MR. GARLAND:  And 1519, which is a 20-year

6    charge.

7              THE COURT:  No, no, have you run the

8    sentencing guidelines?

9              MR. GARLAND:  Yes, they would bring him to a

10   Level 32, we believe, and because of the terrorism

11   enhancement he would advance into a criminal history

12   category 6 automatically under the guidelines.

13             THE COURT:  I see.  So the range would be --

14             MR. GARLAND:  I believe up to about 15 years,

15   but I don't have those calculations.

16             THE COURT:  I appreciate that.  But you can

17   see what my concern was.  I'm aware that he's in

18   custody.

19             MR. GARLAND:  Yes.

20             THE COURT:  All right.

21        You'll agree with June next year?

22             MR. HAYDEN:  Well, I'm relying on

23   Mr. Garland's good faith and I'm sure he is, in good

24   faith, telling me that's how much time I need, because I

25   have not reviewed any of the discovery.  But that sounds

1    reasonable to me.

2              THE COURT:  All right.  Then I'm going to --

3         Do you want a review of Judge Bowler's decision?

4              MR. HAYDEN:  Well, yes, Judge, but I have not

5    requested a hearing date because -- well, Number 1, she

6    has not issued the decision.

7              THE COURT:  I understand.  I guess what I'm

8    going to say is I'm going to go for that date, that is

9    subject to revision depending on -- should he challenge

10   the pretrial detention, whether or not that's

11   successful, and I express obviously no opinion, but

12   whether or not that's successful will bear on how long

13   he has to wait.  And you'll understand, Mr. Hayden, that

14   whether or not that's successful, if, in giving him the

15   best representation he can have, you think that he best

16   deal with these charges on an earlier date, I'm going to

17   be much more sensitive to the defendant's position as to

18   trial than the government wanting a June 2015 trial.

19        And the government understands that?

20              MR. GARLAND:  Understood, your Honor.

21              THE COURT:  All right.

22              MR. GARLAND:  And if I may say, your Honor?

23   Part of the reason we're suggesting June is two-fold.

24   One, is that there has been some computer evidence in

25   this case and although it has been analyzed by the

1    government and reviewed by the government and turned

2    over by the government, it will take the defense some

3    time to go through that and we want to make sure that

4    they have adequate time to prepare as well.

5                 THE COURT:  I appreciate it, but I'll let

6    Mr. Hayden speak for Mr. Matanov.

7                 MR. GARLAND:  Of course, your Honor.

8                 THE COURT:  All right.  The Clerk will suggest

9    a Monday in June 2015.

10                THE CLERK:  June 8th.

11                THE COURT:  All right.  We'll put it down

12   tentatively for a trial on the 8th of June, 2015.  The

13   time from indictment until that date is excluded from

14   the running of the Speedy Trial Act in the interests of

15   justice and upon the defense's representation, in which

16   the government concurs, that it will be necessary to

17   review extensive evidence in order to have a careful

18   preparation for the trial.

19         If that's so, we'll have a final pretrial

20   conference on Monday the 11th of May and we will have

21   any motions to suppress or dispositive motions must be

22   filed by Monday the 13th of April, with government

23   responses by Monday the 27th of April.

24         Are those dates satisfactory, on the part of the

25   government?

```
1              MR. GARLAND:  Yes, your Honor.

2              THE COURT:  The defense?

3              MR. HAYDEN:  Yes, your Honor.

4              THE COURT:  Thank you.  That's the order of

5     the Court.

6              (Pause.)

7              THE COURT:  And you folks are excused.  We'll

8     see if we're ready for the next one.

9              MR. HAYDEN:  Your Honor, may I inquire?

10             THE COURT:  Oh, yes.  Of course you may.

11             MR. HAYDEN:  I filed several motions for

12    findings.

13             THE COURT:  And I've acted on them all.

14             MR. HAYDEN:  Oh, thank you.

15             MR. GARLAND:  Thank you, your Honor.

16             THE COURT:  Okay.

17             (Ends, 10:10 a.m.)

18

19

20

21

22

23

24

25
```

```
 1                    C E R T I F I C A T E

 2

 3

 4        I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER, do

 5   hereby certify that the forgoing transcript of the

 6   record is a true and accurate transcription of my

 7   stenographic notes, of the aforementioned hearing,

 8   before Judge William G. Young, on Friday, July 18, 2014,

 9   to the best of my skill and ability.

10

11

12   /s/ Richard H. Romanow 09-02-14
     _____
13   RICHARD H. ROMANOW  Date

14

15

16

17

18

19

20

21

22

23

24

25
```