Nov. 14, 2014

Dear Honorable Judge Young,

I am writing to you regarding Khairullozhon Matanov, who has a hearing scheduled on Nov. 20, with a motion to dismiss his attorney Edward Hayden. It is his hope that he could retain Paul Glickman as his attorney instead.

Matanov has been suffering under severe pressure in prison, not only physical & emotional abuse but government offering him freedom in exchange for becoming an informant; offering him 7 year sentence if he would plead guilty. Even though he has not been accused of any criminal activity! He downplayed his friendship with accused persons by saying he met them at the resteraunt when in truth, he drove them there. That's it!

This innocent man, awaiting trial, has had to witness another inmate attempting to commit suicide by jumping off the 2nd floor at PCCF. This is not a healthy environment for anyone, let alone someone who came to this country in search of the American dream, who worked 80 hours a week to support his family's medical expenses, a very modest man who never drinks or smokes or wastes money on entertainment. Everyone knows him as polite & clean.

In addition to the request to replace Hayden with Glickman, I beg the court to add the Kyrgypstani embassy to the negotiations to secure his release or transfer the responsibility of his imprisonment to his country of origin. There is NO excuse for American taxpayers to be paying for the questionably legal detainment of foreign nationals, who can leave.

The dismissal or transferral of Matanov's case would send a positive message to the Russo-world about U.S. liberty.

Matanov was the breadwinner supporting his elderly parents, his father being in ill health and in need of care. He is such a beautiful and kind person, extremely honorable and deep and pure. Please allow this man to return to his home immediately.

*Karin Friedemann*

Karin Friedemann
59 Msgr Lydon Way #110
Dorchester MA 02124
Karinfriedemann@gmail.com