12 November 2014

Dear Justice Young,

Thank you in advance, Your Honor, for your valuable time in reading this message regarding Mr. K. Matanov.

I met him upon needing a taxi from Braintree Logan Express to my home. He was second in line. I went to him after the first cab driver quoted me an outrageous price. Even then his concern for others was evident; he expressed concern for the other driver. Subsequently I called Khairullozhon Matanov each time I was able to travel abroad. I felt very safe and comfortable. He was punctual, respectful, polite, kind, considerate and very pleasant. I found him to be extremely intelligent and sensitive and a son any parent would be proud to have. My impression was that he would also be one day a fabulous husband and father. I also admired his courage in coming to this country alone with no family here to look after him.

At one point I attempted to give

extra money. He said he could not accept it, and to give the money to a charity or orphanage.

Mr. Matanov was very diligent and worked long hours. He hoped to become a citizen and loved this country. He was very happy and appreciative to be here ... an individual this country should be proud to welcome. He was delighted when he was accepted by his coworkers and invited to someone's home for Thanksgiving.

I am shocked and heart sick that he was arrested, particularly in such a way as to depict him as a dangerous terrorist. Then to put this lovely human being into solitary, a torture in itself and then brutal actions - physically, mentally, spiritualy. He is strong and brave, but I fear he cannot take much more. I pray for his release, or at the very least, a transfer to a more humane situation.

Last summer I drove to PCCF twice because I was so concerned. An officer at the main entrance desk to be said the FBI specifically asked to have him put there for his safety and protection! Really?

The FBI asked if he would be an informant, I was told by another concerned individual. Then they asked him to plead guilty for a reduced sentence. Mr. Matanov declined on both because he is innocent.



I fear they will either brake him or kill him.

I am so convinced that he would not flee, I am willing to promise my home, and certainly I do not wish to be homeless.

At the brief hearing deciding a trial date I remember you showed concern at the length of time he would be in solitary. Your Honor, you seem very understanding and compassionate.

My heart goes out to the victims and their families of such a dispicable and horrific act.

Mr. Matanov has not been charged with participation or knowledge, and wish him safe keeping.

I am a retired French and Spanish teacher from Needham Public Schools.

Respectfully,

[signature]