## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                                                    **Crim. No. 14-10159-WGY**

**KHAIRULLOZHON MATAVOV,**
**Defendant**

### JOINT MOTION FOR A RULE 11 HEARING

The United States and Defendant Matanov jointly move the Court to schedule a Rule 11 hearing in this matter at the convenience of the Court and the parties, who are unavailable because of their respective schedules on January 14-16, 20-23, 26, 28, and 29, 2015.


Respectfully submitted,

CARMEN M. ORTIZ                    Counsel for Defendant Khairullozhon Matanov
United States Attorney

*/s/ Scott L. Garland*                    */s/ Paul M. Glickman, Esq.*
Scott L. Garland                     Paul M. Glickman, Esq.
Aloke S. Chakravarty                 Stephanie Young Marzouk
Assistant United States Attorneys    Glickman Turley LLP
1 Courthouse Way, Ste. 9200          Faneuil Hall Marketplace
Boston, MA 02210                     1 South Market Bldg., 4th Floor
617-748-3290                         Boston, MA  02109
scott.garland@usdoj.gov              617-399-7770
Massachusetts Bar # 650358           pmg@glickmanturley.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document is being filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Scott L. Garland*
Scott L. Garland
Assistant United States Attorney

Date: January 12, 2015