UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

AFFIDAVIT OF MIRYAM CISSERO REGARDING CONFIDENTIALITY

I, Miryam Cissero, affirm under the pains and penalties of perjury that:

1. I am an attorney Of Counsel to Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, Paul Glickman from my firm was appointed to represent Mr. Matanov in the above-captioned matter.

2. On November 25, 2014, before receiving any discovery materials in this matter, including the "302" forms, Attorney Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. See [DE 87]. I understand that I am also bound by the protective order, through my agreement with Glickman Turley LLP.

3. On November 25, Attorney Glickman obtained a copy of the discovery documents, including the "302" forms. I did not read the discovery documents because I am not working on the case. However, I do have access to client files at Glickman Turley LLP.

4. On or around November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____

Miryam Cissero, Esq.


Dated: _____1/12/15_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |
| | ) | |

AFFIDAVIT OF NANCY McCARTHY REGARDING CONFIDENTIALITY

I, Nancy McCarthy, affirm under the pains and penalties of perjury that:

1. I am a part-time bookkeeper for Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, Paul Glickman from my firm was appointed to represent Mr. Matanov in the above-captioned matter.

2. I am aware that Attorney Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. See [DE 87]. I understand that, to the extent I learn about the case, I am bound by the protective order of Glickman Turley LLP.

3. I am aware that Glickman Turley LLP obtained a copy of the discovery documents, including the "302" forms. I do not perform legal work and I did not read the documents. However, I do have physical access to client files at Glickman Turley LLP.

4. At no time did I provide any information or documents protected by the order to any reporter or any other person.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_Nancy McCarthy_
Nancy McCarthy

Dated: _January 8, 2015_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>KHAIRULLOZHON MATANOV, )<br>*Defendant.* ) | Crim. Docket No. 14-10159-WGY |

**AFFIDAVIT OF MACKEDDY FILS REGARDING CONFIDENTIALITY**

I, Mackeddy Fils, affirm under the pains and penalties of perjury that:

1. I am a real estate broker, constable, and security professional whose office address is 1
South Market Building, 4th Floor, Boston MA 02109. I share office space with the law
firm Glickman Turley LLP. Paul Glickman is an attorney in that firm.

2. I do not have access to any of Glickman Turley LLP's files, and I have never read any
documents from Mr. Matanov's case.

3. I did not provide any information or documents from Mr. Matanov's case to any
reporter, or to any other person.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false
information or to conceal material facts. I certify that the information in this affidavit is true and
correct to the best of my knowledge.

_____
Mackeddy Fils

Dated: January 8, 2015

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Docket No. 14-10159-WGY |
| ) | |
| KHAIRULLOZHON MATANOV, ) | |
| *Defendant.* ) | |

AFFIDAVIT OF MATTHEW A. KAMHOLTZ REGARDING CONFIDENTIALITY

I, Matthew A. Kamholtz, affirm under the pains and penalties of perjury that:

1. I am an attorney and a partner of Feinberg & Kamholtz, whose office address is 1 South

   Market Bldg., 4th Floor, Boston, MA 02109. We share office space with Glickman

   Turley LLP. On November 20, 2014, Paul Glickman from Glickman Turley LLP was

   appointed to represent Mr. Matanov in the above-captioned matter.

2. I have been advised that on or about July 2, 2014, the U.S. Attorney's Office provided

   discovery to prior counsel, Attorney Edward Hayden. It is my understanding that on

   November 25, 2014, Mr. Glickman signed a protective order with the U.S. Attorney's

   office and filed it with this Court, in anticipation of receiving discovery materials.

3. Although I do not represent Mr. Matanov, I have discussed the case and legal strategy

   with Mr. Glickman. I understand that I am also bound by the protective order, through

   this collaboration with Mr. Glickman.

4. I understand that in late November, Mr. Glickman obtained a copy of the discovery

   documents, including the "302" forms. I have not read the discovery documents.

   However, I have discussed the contents of the discovery with Mr. Glickman.

5. At no time did I provide any information or documents protected by the order to any

   reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____

Matthew A. Kamholtz

Dated: _____ 1/8/15 _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

AFFIDAVIT OF MATTHEW FEINBERG REGARDING CONFIDENTIALITY

I, Matthew Feinberg, affirm under the pains and penalties of perjury that:

1. I am an attorney and a partner of Feinberg & Kamholtz ~~LLP~~, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. We share office space with Glickman Turley LLP. On November 20, 2014, Paul Glickman from Glickman Turley LLP was appointed to represent Mr. Matanov in the above-captioned matter.

2. I have been advised that on or about July 2, 2014, the U.S. Attorney's Office provided discovery to prior counsel. It is my understanding that on November 25, 2014, Paul Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court, in anticipation of receiving discovery materials.

3. Although I do not represent Mr. Matanov, I have discussed the case and legal strategy with Paul. I understand that I am also bound by the protective order, through this collaboration with Paul.

4. I understand that in late November, Paul obtained a copy of the discovery documents, including the "302" forms. I have not read the discovery documents. However, I have discussed the contents of the discovery with Paul.

5. At no time did I provide any information or documents protected by the order to any reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____          Dated: _____1/8/15_____
Matthew Feinberg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

AFFIDAVIT OF ROBIN GIFFORD REGARDING CONFIDENTIALITY

I, Robin Gifford, affirm under the pains and penalties of perjury that:

1. I am a paralegal employed by Feinberg & Kamholtz LLP, whose office address is 1 South Market Building, 4th Floor, Boston MA 02109. My firm shares office space with the law firm Glickman Turley LLP.

2. I do not have access to Glickman Turley LLP's files, and I have never read any documents from Mr. Matanov's case.

3. I did not provide any information or documents from Glickman Turley LLP's files or from Mr. Matanov's case to any reporter, or to any other person.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____
Robin Gifford


Dated: ___1/8/2015___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT OF SARAH ALCORN REGARDING CONFIDENTIALITY

I, Sarah Alcorn, affirm under the pains and penalties of perjury that:

1.  I am a licensed investigator in the state of Massachusetts, at 1452 Dorchester Avenue, Dorchester. On 5/2012, I was retained by attorney Edward Hayden to investigate Mr. Matanov's case.

2.  As part of my agreement with Attorney Hayden, I signed a protective order requiring me to keep the discovery materials confidential. I have honored that agreement. When Attorney Paul Glickman took over the case, he provided me a new agreement and I have honored that as well.

3.  I received discovery materials on or about 5/2014. I have shared and discussed the discovery information only with Attorney Hayden, the new attorneys Paul Glickman and Stephanie Marzouk.

4.  It is my policy to keep all client information confidential. I did not provide any information or documents from Mr. Matanov's case to any reporter, or to any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false

information or to conceal material facts. I certify that the information in this affidavit is true and

correct to the best of my knowledge.


_Sarah B. Alcorn_                    Dated: __1/13/14__

Sarah Alcorn

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA,    )
)
v.                         )     Crim. Docket No. 14-10159-WGY
)
KHAIRULLOZHON MATANOV,    )
*Defendant.*               )
)
_____)

### AFFIDAVIT OF MICHAEL VERRONEAU REGARDING CONFIDENTIALITY

I, Michael Verronneau, affirm under the pains and penalties of perjury that:

1. I am the president and owner of MWV Multi-Media Forensic Investigative Services, Inc., at 555 Pleasant St. Ste. 5A New Bedford, MA 02740. On July 17, 2014, my business was retained by attorney Edward Hayden to assist in reviewing discovery materials for Mr. Matanov's case.

2. As part of my agreement with Attorney Hayden, I signed a protective order requiring me to keep the discovery materials confidential. I have honored that agreement. When Attorney Paul Glickman took over the case, he provided me a new agreement and I have honored that as well.

3. I received discovery materials on or about July 24, 2014. I have shared and discussed the discovery information only with Attorney Hayden, the new attorneys Paul Glickman and Stephanie Marzouk, and the employees in my office who are working on the case.

4. It is a policy in my office to keep all our client information confidential. I have instructed all my employees never to disclose client information.

5. I did not provide any information or documents from Mr. Matanov's case to any

   reporter, or to any other person.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false

information or to conceal material facts. I certify that the information in this affidavit is true and

correct to the best of my knowledge.

Michael Verronneau

Dated: 1/9/2015

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT OF STEVEN R. VERRONNEAU REGARDING CONFIDENTIALITY

I, Steven R. Verronneau, affirm under the pains and penalties of perjury that:

1. I am a Digital Forensic Analyst employed by MWV Multi-Media Forensic Investigative Services, Inc., at 555 Pleasant St. Ste. 5A New Bedford, MA 02740. I understand that on July 16, 2014, MWV was retained by attorney Edward Hayden to assist in reviewing discovery materials for Mr. Matanov's case.

2. I understand that on July 16, 2014, our company president Michael Verronneau signed a protective order requiring us to keep the discovery materials confidential. I understand that I am also bound by the protective order, as an employee of MWV.

3. On July 24, 2014, we obtained a copy of the discovery documents, including the "302" forms.

4. At no time did I provide any information or documents protected by the order to any reporter or any person other than those who were working on the case directly.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

Steven R. Verronneau

Dated: January 9, 2015

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
| --- | --- | --- |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT OF DANIEL FARIA REGARDING CONFIDENTIALITY

I, Daniel Faria, affirm under the pains and penalties of perjury that:

1. I am a Digital Forensic Analyst employed by MWV Multi-Media Forensic
   Investigative Services, Inc., at 555 Pleasant St. Ste. 5A New Bedford, MA 02740. I
   understand that on July 16, 2014, MWV was retained by attorney Edward Hayden to
   assist in reviewing discovery materials for Mr. Matanov's case.

2. I understand that on July 16, 2014, our company president Michael Verronneau signed
   a protective order requiring us to keep the discovery materials confidential. I
   understand that I am also bound by the protective order, as an employee of MWV.

3. On July 24, 2014, we obtained a copy of the discovery documents, including the "302"
   forms. I am not working on the case, so I did not read the documents.

4. At no time did I provide any information or documents protected by the order to any
   reporter or any person other than those who were working on the case directly.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false

information or to conceal material facts. I certify that the information in this affidavit is true and

correct to the best of my knowledge.

Dated: January 9, 2015

Daniel Faria

**AFFIDAVIT OF KHAIRULLOZHON MATANOV**

I, Khairullozhon Matanov, affirm under the pains and penalties of perjury that:

1. My attorney Ed Hayden gave me some documents, including the FBI 302 documents. I do not remember exactly when he gave them to me, but I think it might have been around September or October 2014. The documents came in the mail. I was staying in Plymouth County Correctional Facility and the Lieutenant brought the documents to my cell.

2. I kept the documents in my cell. I didn't show them to anybody, or give them to anybody.

3. The officers searched my cell sometimes but I never noticed any documents missing.

4. When I moved to Wyatt, I put the documents with my property. The U.S. Marshals brought my property from Plymouth to Wyatt.

5. When I got to Wyatt, I decided I didn't want all the documents in my cell, so I gave them to my case worker to send to my attorney Paul Glickman. She mailed them to Attorney Glickman.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

Khairullozhon Matanov

Date: 12/23/2014

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

## AFFIDAVIT OF PAUL M. GLICKMAN REGARDING CONFIDENTIALITY

I, Paul M. Glickman, affirm under the pains and penalties of perjury that:

1. I am an attorney and a partner of Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, I was appointed to represent Mr. Matanov in the above-captioned matter.

2. On or about July 2, 2014, the U.S. Attorney's Office provided discovery to prior counsel. On November 25, 2014, before receiving any discovery materials in this matter, including the "302" forms, I signed a protective order with the U.S. Attorney's office and filed it with this Court [DE 87].

3. On November 25, I obtained a copy of the discovery documents, including the "302" forms.

4. On or around the morning of November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any person other than those who were working on the case directly.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

Paul M. Glickman                                          Dated: 1/€/15

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

AFFIDAVIT OF DONNA TURLEY REGARDING CONFIDENTIALITY

I, Donna M. Turley, affirm under the pains and penalties of perjury that:

1. I am an attorney and a partner of Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, my law partner Paul Glickman was appointed to represent Mr. Matanov in the above-captioned matter.

2. On or about July 2, 2014, the U.S. Attorney's Office provided discovery to prior counsel. On November 25, 2014, before receiving any discovery materials in this matter, including the "302" forms, Mr. Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. I understand that I am also bound by the protective order, as a partner of Glickman Turley LLP.

3. On November 25, I understand that we obtained a copy of the discovery documents, including the "302" forms. I have not read the discovery documents because I am not working on the case. However, I discussed the discovery with Mr. Glickman.

4. On or around November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____

Donna M. Turley

Dated: ___1/9/2015_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| v.     ) | Crim. Docket No. 14-10159-WGY |
| ) | |
| KHAIRULLOZHON MATANOV,     ) | |
| *Defendant.*     ) | |
| ) | |

### AFFIDAVIT OF KRISTINE GRIMES REGARDING CONFIDENTIALITY

I, Kristine M. Grimes, affirm under the pains and penalties of perjury that:

1. I am the paralegal and office manager employed by Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, Paul Glickman, partner in the firm, was appointed to represent Mr. Matanov in the above-captioned matter.

2. On or about July 2, 2014, the U.S. Attorney's Office provided discovery to prior counsel. On November 25, 2014, before receiving any discovery materials in this matter, including the "302" forms, Attorney Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. See [DE 87]. I understand that I am also bound by the protective order, as an employee of Glickman Turley LLP.

3. On November 25, we obtained a copy of the discovery documents, including the "302" forms. I did not handle or read the documents, as my involvement with the case is limited to administrative matters, such as billing and accounting.

4. On or around November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

Kristine M. Grimes

Dated: 01/09/2015

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT OF STEPHANIE MARZOUK REGARDING CONFIDENTIALITY

I, Stephanie E.Y. Marzouk, affirm under the pains and penalties of perjury that:

1. I am an associate attorney employed by Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, Paul Glickman from my firm was appointed to represent Mr. Matanov in the above-captioned matter.

2. On or about July 2, 2014, the U.S. Attorney's Office provided discovery to prior counsel. On November 25, 2014, before receiving any discovery materials in this matter, Attorney Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. See [DE 87]. I understand that I am also bound by the protective order, as an employee of Glickman Turley LLP.

3. On November 25, we obtained a copy of the discovery documents, including the "302" forms.

4. On or around the morning of November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any person other than those who were working on the case directly.

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

_____

Stephanie E.Y. Marzouk                              Dated: 1/8/2015

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Docket No. 14-10159-WGY |
| | ) | |
| KHAIRULLOZHON MATANOV, | ) | |
| *Defendant.* | ) | |

AFFIDAVIT OF JAIME LODA REGARDING CONFIDENTIALITY

I, Jaime D. Loda, affirm under the pains and penalties of perjury that:

1. I am an associate attorney employed by Glickman Turley LLP, whose office address is 1 South Market Bldg., 4th Floor, Boston, MA 02109. On November 20, 2014, Paul Glickman from my firm was appointed to represent Mr. Matanov in the above-captioned matter.

2. I understand that the U.S. Attorney's Office provided discovery to prior counsel and that, before receiving any discovery materials in this matter, including the "302" forms, Attorney Paul Glickman signed a protective order with the U.S. Attorney's office and filed it with this Court. See [DE 87]. I further understand that I am also bound by this protective order, as an employee of Glickman Turley LLP.

3. On November 25, we obtained a copy of the discovery documents, including the "302" forms. I am not working on the case, so I did not read the documents.

4. On or around November 25, 2014, the Boston Magazine article citing the 302 forms was published online.

5. At no time did I provide any information or documents protected by the order to any reporter or any other person.

1

I am aware that it is a federal crime in violation of 18 U.S.C. §1001 to provide false information or to conceal material facts. I certify that the information in this affidavit is true and correct to the best of my knowledge.

Jaime D. Loda

Dated: 1/8/14