UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 14-10159 |
| ) | |
| v. ) | |
| ) | |
| KHAIRULLOZHON MATANOV ) | |

EX PARTE AND SEALED AFFIDAVIT IN SUPPORT OF MOTION TO FILE COURT ORDERED AFFIDAVIT OF COUNSEL EX PARTE AND UNDER SEAL

1. My name is Edward L. Hayden. I am an attorney with an office at 7 Franklin Street, Lynn, MA 01902.

2. I represented Khairullozhon Matanov from May 30, 2014, through November 20, 2014.

3. The Court ordered Affidavit of Counsel that I am filing today contains information reflecting strategic decisions made by the defense and the thinking underlying these strategic decisions.

4. It would be inappropriate for the prosecution and the public to learn of strategic decisions made by defense counsel and the reasons for those decisions

5. This is information that cannot be revealed to the public or the prosecution and in the normal course would not be.

6. This information implicates the attorney client privilege and counsel's duty of confidentiality

Signed under the pains and penalties of perjury this 15th day of January 2015.

Edward L. Hayden