UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>KHAIRULLOZHON MATANOV )<br>) | AFFIDAVIT<br>OF<br>DARLENE FINNIGAN<br>NO. 14-10159 |

AFFIDAVIT
OF DARLENE FINNIGAN

1. I, Darlene Finnigan, affirm under the pains and penalties of perjury that I am a secretary for Attorney Edward L. Hayden at 7 Franklin Street, Lynn, MA.

2. I started working for Mr. Hayden on July 3, 2014.

3. On July 7, 2014, I signed a protective order requiring me to keep discovery materials concerning this case confidential.

4. I have honored that agreement.

5. I did not provide any information or documents from the above case to any reporter or to any other person.

6. I am aware that it is a federal crime in violation of 18 U.S.C. § 1001 to provide false information or to conceal material facts.

I certify that the information in this affidavit is true and correct to the best of my knowledge.

Signed under the pains and penalties of perjury this 9th day of January 2015.

*Darlene Finnigan*
Darlene Finnigan