UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> KHAIRULLOZHON MATANOV ) <br> ) | AFFIDAVIT <br> OF <br> CARL ROSA <br> NO. 14-10159 |

AFFIDAVIT
OF CARL ROSA

1. I, Carl Rosa, affirm under the pains and penalties of perjury that I operate McKinnon Printing Company at 608 Essex Street, Lynn, MA.

2. I was retained by Attorney Edward L. Hayden to print documents in relation to the above case.

3. I signed a protective order requiring me to keep discovery materials concerning this case confidential.

4. I have honored that order.

5. I did not provide any information or documents from Mr. Matanov's case to any reporter or to any other person.

6. I am aware that it is a federal crime in violation of 18 U.S.C. § 1001 to provide false information or to conceal material facts.

I certify that the information in this affidavit is true and correct to the best of my knowledge.

Signed under the pains and penalties of perjury this 9th day of January 2015.

Carl Rosa