UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 14-10159 |
| ) | |
| KHAIRULLOZHON MATANOV ) | |

**ASSENTED TO MOTION TO WITHDRAW MOTION FOR HEARING CONCERNING LEAKS TO PRESS AND DISSEMINATION OF DOCUMENTS BY LAW ENFORCEMENT**

Defendant, by his undersigned counsel respectfully moves to withdraw his motion for an investigation into the disclosure of confidential information to Boston Magazine. The motion is predicated on the anticipated disclosure of the affidavit of Edward Hayden with regard to dissemination of FBI reports of investigation (which Defendant and the Government agree should be appropriately available for public disclosure) and the changed status of the case in light of the upcoming Rule 11 hearing. The Defendant and the Government note that the Rule 11 proceedings are not a result of or tied to the Defendant's filing of the investigation motion or this motion to withdraw it. The Government assents to the relief sought in this Motion.

By:   /s/Paul M. Glickman            Date: 1/20/2015
      Paul M. Glickman BBO# 550840
      Counsel for Defendant Khairullozhon Matanov
      Glickman Turley LLP
      1 South Market Building, 4th Fl
      Boston, Massachusetts 02109
      (617) 399-7770 (phone)
      pmg@glickmanturley.com

Assented to by:

    /s/ Scott L. Garland            Date: 1/20/2015
    Scott Garland
    Aloke Chakravarty
    Assistant U.S. Attorneys
    United States Attorney's Office
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3290
    Scott.Garland@usdoj.gov

### CERTIFICATE OF SERVICE

I, Kristine M. Grimes, hereby certify that on January 20, 2015, I electronically filed the foregoing using the CM/ECF system, which will send this document to all attorneys of record, and emailed or paper copies will be sent to those indicated as non-registered participants on January 20, 2015.

    /s/ Kristine M. Grimes
    Kristine M. Grimes, Paralegal