Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | Criminal No. 14-CR-10159-WGY |
| ) | |
| KHAIRULLOZHON MATANOV ) | |

## WAIVER OF INDICTMENT

I, **KHAIRULLOZHON MATANOV**, the above-named defendant, who is accused of falsifying, concealing, and covering up a material fact in a federal investigation by a trick, scheme, and device, in violation of 18 U.S.C. § 1001(a)(1), and three counts of making a materially false, fictitious, and fraudulent statement in a federal investigation, in violation of 18 U.S.C. § 1001(a)(2), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on March 24, 2015, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
United States District Judge William G. Young