From:

Rahma Sezgin

Yorckstr. 15

14467 Potsdam

GERMANY


To:

Judge William Young

Moakley Federal Courthouse

1 Courthouse Way

Boston, MA 02210

UNITED STATES


Regarding: Khairullozhon Matanov


Dear Mr. Young,                                                      28th April,2015

My name is Rahma Sezgin, I am a 24-year-old part-time medical assistant, part-time student from Germany who hopes to enroll into law school this fall and I am writing to you in concern of Mr. Khairullozhon Matanov with whom I started writing letters in summer 2014, shortly after he's been arrested. Until today I received 17 letters from Mr. Matanov which is a lot for a time period of less than a year and over a long distance. The funny and caring personality of him was what made me write to him more often, give him support, encourage him. He was always very thankful and never asked for any favors.

When I visited Boston in early April this year I had the chance to visit Mr. Matanov three times. Twice via video chat, once in a seperate visiting box with a glass wall between us. He explained to me, that he is held in a special unit and that's why he is normally only alowed to see visitors via video screen, I was the second person he ever saw face-to-face since he's been to this facility and it was not easy to get a permission for that kind of visit. Unlike other inmates, we had to be seperated from the other visitors, I don't know why.

Mr.Matanov tried very hard to be a funny, entertaining host, but from time to time his true feelings were shown and it was easy to see that his situation is making him desperate and depressed. The thought of

being in jail for another year is not to handle for him. Despite all that happened to him, his dream is to stay in Boston, a city which he calls home.

They say "the punishment needs to fit the crime" and in my opinion, he's been punished enough. Mr. Matanov never hurted anyone. All he was was scared. For being scared he's been locked up with almost no contact to friends or family for almost a year now. I ask you with all respect to show mercy on my friend Mr. Matanov.

Respectfully,

Rahma Sezgin