Catherine Anderson
Box 838
Tweed ON K0K 3J0
Canada

April 26, 2015

Judge William Young
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Young:

I am writing to you in support of Khairullozhon Matanov.  I started writing to
Khairullozhon shortly after he was incarcerated.  I was concerned with his well being and
understand that supportive letters can help lift spirits.

I am a librarian, 62 years of age and live in Ontario, Canada. I have followed this whole
case and situation quite closely and was pretty surprised by Khairullozhon's arrest.

His first letter to me was at the end of September 2014.  He sent this quote "Think of life
as a terminal illness, because if you do, you will live it with joy and passion, as it ought to
be lived."  He always thanked me in his letters, for my support and good wishes.  I think
he has had a rough time of it and though he is doing better I sense that he was not happy
to plead guilty as he feels, as I do, that he is innocent of any wrong doing -- he did not
harm anyone.

A few weeks ago, I went to Boston, and twice, along with a friend, went to visit
Khairullozhon at Donald W. Wyatt Detention Center.  Both times our visits were through
a monitor and it was sometimes difficult to hear, but Khairullozhon was very happy to see
us as he gets very few visitors.  The second time we visited it was for three hours and I
could see he was a lovely, sensitive person and asked many questions about Canada.  I
could also see he missed his family and of course just being free.

I hope you will take these things into consideration and be lenient on Khairullozhon.

Thank you for your time,

Catherine Anderson

cc. Paul Glickman, Attorney at Law