June 12, 2015

The Honorable William G. Young
U.S. District Court, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young:

My name is Nour Rhadbane and I am the owner of Checker Cab. I met Khairullozhon Matanov in 2011 or 2012, when he started working for me. He worked here for a couple years. I was initially impressed with Khairullo's enthusiasm and professional demeanor. Customers loved him because he was always respectful, helpful and willing to go the extra mile to help others. Our customers would call and request him more often than any of my other drivers.

Khairullo built great relationships with people. He would help old ladies with their grocery bags without being asked, and carry the bags all the way to their doors. If a customer was short on money, he wouldn't fight with them like some drivers. Instead he would just let it go. After Khairullo got arrested, I personally drove one of his regular customers. When I told her what happened to Khairullo, she cried the entire cab ride because she felt it was unjust.

Khairullo used to work 12-hour shifts, the maximum we are allowed to work. I understood that he worked a lot because he wanted to send money to his family. He told me that his parents were in financial need, and I believe he helped them a lot. You would never see him buying expensive things for himself, like clothing or food—he would send everything to his family, in his home country.

Khairullo reminded me of myself in some ways, because I started working in a cab company at his age. I was always on his case to go to school, and I think he went to Quincy College to study computers. He was always trying to better himself. While he was driving for me, he wanted to start his own small business. He wanted to drive for Uber too, to be independent and make more money. I wanted the best for him, so I was fine with it even though Uber is our competitor. He took charge and initiative, so I believed he would do the right thing. I encouraged him to be successful.

I would be proud to have such a son as Khairullo, hardworking, respectful, and dedicated, with a strong work ethic. When Khairullo is released I would hire him again, if possible. I told the Boston Globe this, and I say it again to you.

Sincerely,

Nour Rhadbane
Checker Cab
121 Hancock St, Braintree MA