June 10, 2015

The Honorable William G. Young
U.S. District Court, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young,

As a friend and business acquaintance of Khairullo, I have been asked by his attorney to provide my impressions of his disposition and character.

I met Khairullo on his first day working as a taxi driver for Checker Cab of Braintree, a competitor of my company, Tower Taxi. I liked him immediately, as I believe most other drivers did because he seemed both good-natured and serious about his job. He soon became a member of a small group of drivers, working for different companies, who shared our important regular customers with others in the group whom we trusted to provide excellent service. My customers who were driven by Khairullo in my absence all reported him as dependable, pleasant, efficient, very personable, and a complete gentleman, sometimes requesting him personally when told I was unavailable. They were all shocked when he was arrested because, to a person, they all liked him, some immensely. Many of them continue to ask me how he is doing in his current predicament.

I spoke with "K" (as many of us called him) whenever the taxi business brought us together and found it interesting to talk to him about his Caspian Sea homeland. I am a retired Chief Intelligence Specialist, USN, had spent a career studying obscure parts of the world, and he was the first person I had ever met from that region. He seemed genuinely happy to be in the United States and seemed dedicated to his studies (computer-related) at Quincy College. In fact, the evening before he was arrested, we had been on the cab stand at the Braintree MBTA station discussing ideas for smart-phone applications he could possibly develop.

Although he was never very vocal, or strident, about it, I quickly assumed he was a devout Muslim, often seeing him walking up the T station ramp with his prayer rug over his shoulder heading into the garage for his prayers. He as also the one of the most, if not the most, straight-laced young people I've ever met, which was something I kidded him about relentlessly. For example, he took exception to the dress (or lack thereof) of some of the young women filing out of the T station during the summer. On one occasion, when he turned his back on a collection of scantily-clad females, I kidded him by saying "You know, you should consider switching to being a Catholic; at least we're allowed to look!" Rather than take offense, he just gave me an exasperated look and chuckled.

Like all the drivers, I learned that he was a acquaintance of the Tsarnaev brothers when the T station was swarming with reporters after his arrest. When I was interviewed by reporters, I told them exactly what I am writing now: that I found him a very likeable guy,

a good driver, considered him a friend, and that I was stunned by his arrest. I was not

2

surprised that he knew the Tsarnaev brothers, since I assumed that all the members of an ultra-small ethnic group from his region of the world living in the Boston area would be apt to know one another.

In summary, I can honestly say that I found Khairullo a pleasant, even-tempered, smart, individual and professionally a reliable, honest, and efficient driver for my customers, who universally like him. I never once heard him say anything religiously or politically inappropriate, or even outside the mainstream. I was saddened by his arrest, and hope he will be able to put this unfortunate episode in his life behind him.

Sincerely,

William F. Walker
30 Franklin Street
Braintree, MA 02184