

## ISLAMIC CENTER OF NEW ENGLAND

74 Chase Dr. Sharon MA 02067; Tel. and Fax: 781-784-0434

470 South St. Quincy MA 02169; Tel: 617-479-8341, Fax: 617-471-9526

ICNE Quincy
470 South St
Quincy MA 02169

June 9, 2015

The Honorable William G. Young
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young:

I am the Imam of the Islamic Center of New England (ICNE) in Quincy, MA. I first met Khairullozhon Matanov a few years ago when he came to services at ICNE. My first impression of him was how kind and friendly he was. His constant positive attitude and willingness to assist around the Center made him a true pleasure to be around. Based on my knowledge of him, I never saw anything that would make me worry about his character. I never heard Khairullo say anything that indicated he had extreme or violent views. From the times I have met him, I know him to be a nice young man.

Sincerely,

Imam Dr. Khalid Nasr