UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHAIRULLOZHON MATANOV,<br>Defendant | Crim. No. 14-10159-WGY |

### DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the Indictment charging Mr. Matanov with three counts of violating 18 U.S.C. § 1001(a)(2) (false, fictitious, and fraudulent statement in a federal investigation involving terrorism) and one count of violating 18 U.S.C. § 1519 (destroying records in a federal investigation). In support, the government states that pursuant to a plea agreement, Mr. Matanov has pleaded guilty to a Superseding Information charging him with obstruction-of-justice offenses, and the dismissal is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

June 18, 2015
Date

By: _____
CYNTHIA A. YOUNG
Chief, Criminal Division
JAMES D. HERBERT
Deputy Chief, Criminal Division

_____
Scott L. Garland
Assistant U.S. Attorney

Leave to File Granted:

_____
William G. Young, Judge
United States District Court