| | |
|---|---|
| Friday, 14th. November, 2014. | Lesley J. Blair, |
| The Honorable William G. Young, | 557, SW Cutoff, |
| John Joseph Moakley Federal Courthouse, | Lot 79, |
| 1, Courthouse Way, | Worcester, |
| Boston, | MA 01607 |
| MA 02210 | |

Re: CR-14-10159-WGY    Khairullozhon Matanov

Dear Judge Young,

I am writing to you to express my concerns regarding this case and most particularly the fact that this defendant is being housed in solitary confinement whilst awaiting trial on charges of a non-violent nature.

It has been said that Khairullozhon Matanov is housed in solitary confinement "for his own protection." This, in light of recent allegations of assault by corrections officers, would seem more than a little ironic.

Surely within the United States a defendant should be assured of personal safety whilst awaiting trial and should not be subjected to conditions of incarceration which the U.N. and The International Red Cross define as torture?

I thank you for your attention to this communication and would ask you to do what is within your authority to make things right in this case.

Yours sincerely,

Lesley J. Blair