24 March 2015

The Honorable William G. Young
U.S. District Court, District of Massachusetts
Joseph J. Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Young,

I am once again writing to you regarding Khairullozhon Matanov, who is currently housed at the Donald Wyatt Detention Facility in protective custody. Today I learned that Mr. Matanov elected to change his plea from innocent to guilty.

It is distressing that someone who believes they are innocent feels compelled to change their plea to guilty because of circumstances outside their control, which could adversely affect their right to a fair trial and sentencing, including: information leaked through journalists looking for the latest "scoop"; potentially tainted jury pool (particularly since Mr. Matanov's previously scheduled trial date was scheduled to commence on the heels of the Tsarnaev trial); prior jury verdicts of guilty in the trials of Tazhayakhov and Phillipos on similar charges; vindictive overreach on the part of the U.S. District Attorney's office and law enforcement; not to mention the prevalence of pervasive Islamophobia in our country at this time.

Mr. Matanov has been a model of the type of immigrant that this country should be proud to have as a naturalized citizen. Bright, personable and hard-working, he has been self-sufficient in supporting not only himself but also his family in Kyrgyzstan, where his father suffered a debilitating stroke and one of his younger brothers recently required heart surgery. He has worked long hours and lived a simple lifestyle in order to send money to his family. He has hopes of earning a college degree and building a life for himself and his family in this country. He had hoped to begin the process of becoming a naturalized citizen in one year when he would be eligible. Unfortunately, his American dream has the potential to be derailed by the change in his plea from innocent to guilty.

Ironically, he voluntarily went to local law enforcement to provide addresses and phone nos. of the Tsarnaev brothers when information regarding them was publicly sought by the FBI. Like many of their acquaintance, he apparently had a hard time reconciling the people he knew with the crimes of which they were accused. Yet, in his conversation with law enforcement, he offered to help in any way he could. For this he was rewarded with a year of non-stop surveillance, in which the FBI menaced and harassed him by following him everywhere he went as he went about his days and performed his job of cab driver. A plane was dispatched to perform surveillance by circling his apartment for hours, intruding not only on Mr. Matanov but also on the local community. This erupted in a display of excessive force when he was arrested at his apartment early on 30 May 2014.

While incarcerated at the Plymouth County Correctional Facility "for his own protection", Mr. Matanov was continually harassed by prison staff who subjected him to various abuses including religious slurs and a savage beating for refusing to "cuff out" after flooding his cell in desperation to end the harassment. He also allegedly declined an offer proffered by the FBI of a

reduced sentence in exchange for becoming an informant, as he felt he should not have to do so as he was innocent.

Though he has been accused of deleting files and "violent" videos from his computer, it is not illegal in this country to watch violent movies or videos. If it were, a large portion of Hollywood and most theaters in this country would be shuttered. It is also not illegal to clear one's browser history. As for the charges of lying to the FBI, it is human nature to want to distance oneself from trouble and I believe that Mr. Matanov was aware that his friendship/acquaintanceship with the Tsarnaevs would not have been viewed as a "plus" no matter how innocent it was.

His actions have not materially impacted the investigation of the bombings at the Boston Marathon, and all - including the District Attorney's office and the FBI - are clear on this and have stated that there is no evidence that he had prior knowledge of or involvement in the bombings. It appears that his biggest crime is that of guilt by association: of being friends with one of the Tsarnaev brothers and acquainted with the other.

It is hard for me to reconcile many of the actions taken against Mr. Matanov with the lessons I learned in Civics class many years ago. The scales of justice are no longer balanced when the U.S. District Attorney's office is allowed to overcharge innocent people, then disingenuously offer them a "deal" in exchange for a change to a guilty plea, so they may avoid a potentially draconian sentence should they go to trial and be found guilty of the original (excessive) charges. This is more akin to a shell game or a crap shoot than a fair and balanced system of justice.

However, since Mr. Matanov has agreed to change his plea to guilty, I implore you to consider the following when determining his sentence:

- He has no prior record or criminal history
- He has been self-supporting and a contributing member of the community
- He went to law enforcement voluntarily when they were soliciting information
- Please consider reduction of charges against him to misdemeanors
- Impose sentence of time served
- Allow him to retain his current immigration status
- Order no deportation or other adverse effects to Mr. Matanov's immigration status, including roadblocks for pursuing naturalization
- Order no continued harassment by FBI or other law enforcement
- If prison time is deemed necessary, transfer Mr. Matanov to a minimum security facility with no solitary confinement

Please show this country and the world that there is in fact fairness and justice to be had in the United States of America.

Thank you for your consideration.

Respectfully,

*Susan E. Borts*

Susan E. Borts